# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KEVIN MILLER, | § | |
| | § | No. 423, 2022 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DEPARTMENT OF SERVICES | § | File Nos.: CN17-06365 |
| FOR CHILDREN, YOUTH AND | § | CN19-06067 |
| THEIR FAMILIES (DSCYF), | § | Petition Nos.: 21-04211 |
| | § | 20-18739 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: July 26, 2023
Decided:   August 9, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **LEGROW**, Justices.

## ORDER

This 9th day of August 2023, after careful consideration of the parties' briefs and the record below, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its Order dated October 11, 2022.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice